No. 1539. RAMOS, APELADO, *v.* MOLINA ET AL., APELANTES.— Cobro de dinero. Arecibo. Julio 21, 1916. *Desestimada la apelación.*

---

No. 1051. EL PUEBLO, APELADO, *v.* ARAUJO, APELANTE.— Adulteración de leche.

No. 1053. EL PUEBLO, APELADO, *v.* REQUENA, APELANTE.— Adulteración de leche.

No. 1055. EL PUEBLO, APELADO, *v.* FERRER, APELANTE.— Ejercicio ilegal de la Cirujía Dental.

San Juan, Sección Segunda. Julio 16, 1916. *Confirmadas las sentencias apeladas.*

---

No. 16. CALDERÓN ET AL., PROMOVENTES, *v.* ROSSY, JUEZ DE DISTRITO, DEMANDADO.—Auto inhibitorio. Julio 26, 1916. *Sin lugar la solicitud.*